**Abatement Order filed September 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01168-CV
_____

**CHARLES KEENER SCRUGGS, Appellant**

**V.**

**HEATHER MAUDE LINN, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. 99FD2791**

---

## ABATEMENT ORDER

This is an appeal from an order signed September 6, 2012, after a bench trial in a post-divorce suit to modify the parent-child relationship. Appellant timely requested Findings of Fact and Conclusions of Law. *See* Tex. R. Civ. P. 296. Appellant also filed a timely reminder of past due findings and conclusions. *See* Tex. R. Civ. P. 297. At the hearing on appellant's motion for new trial in October 2012, the court acknowledged that it owed the findings and would file them. Appellee's counsel stated he would draft findings for the court. To date, the requested findings and conclusions have not been filed.

In his brief, appellant complains that he cannot properly present his issues on appeal in the absence of findings of fact and conclusions of law. *See Cherne Indus., Inc. v. Magallanes*, 763 S.W.2d 768, 772 (Tex. 1989). Appellee's counsel did not respond to the absence of findings and conclusions. The remedy for the failure to file findings and conclusions when properly requested is to abate the appeal and request the trial court to file findings of fact and conclusions of law. *See* Tex. R. App. P 44.4(b). Accordingly, we issue the following order.

We **ORDER** the appeal abated and direct the trial court to file findings of fact and conclusions of law on or before October 4, 2013. Within ten days after the trial court has filed findings of fact and conclusions of law, any party may file a request for specified additional or amended findings or conclusions. *See* Tex. R. Civ. P. 298. The trial court shall file any additional or amended findings that are appropriate within ten days after such a request is filed. The trial court's findings of fact and conclusions of law, and any additional and amended findings or conclusions, shall be included in a supplemental clerk's record to be filed with this court on or before **November 4, 2013.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court=s findings of fact and conclusions of law are filed in this court in a supplemental clerk's record. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. Appellant's amended brief, if any, shall be due 30 days after the appeal has been reinstated.

PER CURIAM

2